```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :
                                   :
VICTOR ORTIZ,                      :       08 Cr. 230
                                   :
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - x
```

        WHEREAS, the above-captioned indictment was returned on March 11, 2008, and, upon application of the government, ordered to be filed under seal; and

        WHEREAS the Government has requested that the above-captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 230 be unsealed.

Dated: New York, New York
       March 27, 2008

SO CRDERED:

                                                           UNITED STATES MAGISTRATE JUDGE
                                                          SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
MAR 27 2008

Judge Sweet