UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA       :
:
    - v. -       :   ORDER
:
VICTOR ORTIZ,       :   08 Cr. 230 (RJS)
:
:
    Defendant.       :
:
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 6/2/08

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 20, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            5/30, 2008

                                            HON. ROBERT W. SWEET
                                            UNITED STATES DISTRICT JUDGE